# UNITED STATES DISTRICT COURT
for the

Northern District of California

Civil Division

**RECEIVED** 2020 DEC 35 A 10: 30
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. CA

Case No. **C 21 00359**
(to be filled in by the Clerk's Office)

NC

Christopher A. Amerson
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Abode Services
Peggy Demauo
City of Santa Clara Police Dept.
City of Santa Clara Fire Dept.
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* [X] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**RECEIVED**
JAN 04 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Allen Amerson
Address: 536 S. 8th St. #8
City: San Jose   State: CA   Zip Code: 95112
County: Santa Clara
Telephone Number: 669-288-3501
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Abode Services
Job or Title (if known): 1156 N 4th St / 25 N 14th St
Address: San Jose, CA
City: San Jose   State: CA   Zip Code: 95112
County: Santa Clara
Telephone Number: 408-396-6097
E-Mail Address (if known):
[ ] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Peggy Demaio
Job or Title (if known): 4686 Park Arcadia dr.
Address:
City: San Jose   State: CA   Zip Code: 95136
County: Santa Clara
Telephone Number: 408-313-9339
E-Mail Address (if known):
[ ] Individual capacity   [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: City of Santa Clara Police Dept.
Job or Title (if known):
Address: 601 El Camino Real
Santa Clara, CA 95050
County: Santa Clara
Telephone Number: 408-615-5580
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: City of Santa Clara Fire Dept.
Job or Title (if known):
Address: 777 Benton St.
Santa Clara, CA 95050
County: Santa Clara
Telephone Number: 408-615-4900
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First, Fourth, and fourteenth admendments.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. 7-20-20, Fire Dept. told me it was safe to go back inside my apartment; I went back inside and was poisoned by carbon monoxide. 7-5-19 I was shot 5 times police Dept. let shooter go and his accomplice that ran off with the gun.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? 1555 Washington St. #3 Santa Clara, CA 95050

B. What date and approximate time did the events giving rise to your claim(s) occur? 7-20-20; around 7 Am I called 911 about a strong car exhaust smell in my apartment. 7-5-19 I called 911 after being shot 5 times by my neighbor.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I was shot and poisoned. It is my belief that Abode Services and Peggy Demaio working in concert with the Santa Clara police and Fire Dept. attempted to kill me. Bernie Martinez shot me 5 times and was let go. Santa Clara Fire Department told me it was safe to go back inside my apartment after they admitted to smelling car exhaust in my apartment. Peggy Demaio moved Bernie Martinez into the apartment next to me as well as Dionte Copeland in an effort to modify my behavior and continue to harass me and Discriminate against me by any means necessary, including shooting and poisoning me.

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

7-5-19 I was shot 5 times I got staples in my head, and stiches in my face. Mental pain and suffering still continues with nightmares and extreme paranoia about being killed especially since police department did not arrest the shooter because peggy demaio told them not to.

7-20-20 I was poisoned by Carbon minoxide after fire Dept. told me it was safe to go back inside because they were influenced by peggy demaio - telling them it was a behavior modification. /// I was sick and dizzy, extreme headachs and mental suffering. (Continued on seperate page)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want everyone involved in this collusion to be held accountable. SCPD - SCFD - Abode services - Peggy Demaio.

Actual Damages - court/Jury decide

Punitive Damages - 1 billion dollars

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/30/2020

Signature of Plaintiff: *[signature]* Pro Per

Printed Name of Plaintiff: Christopher Allen Amerson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____

The greater power of high officials affords a greater for a policy of lawless conduct. Punitive Damages against those people or officials are therefore an important means of prosecuting their lawless conduct. Taken in the light most favorable to the party asserting the claim, would a reasonable officer have acted in the same manner? Do the facts alleged show the officers conduct violated a constitutional right. I believe that day that the police officers were acting in collusion with Abode Services (Peggy Demaio) there actions were malicious and against the law. This case is wholly objective and is undertaken in the light of specific factual circumstances of the case. The arrest of Amerson and the non-arrest of Martinez/Roma. The circumstances surrounding the events of 7-5-2019 where Amerson was shot, and the 7-20-2020 poisoning of Amerson show a clear pattern of intimidation and harassment. SCPD jailed Amerson which was a retaliatory arrest. Then further victimized Amerson by refusing to investigate his 7-20-2020 poisoning.

I have filed grievances with Abode Services concerning the sanitary situation in my apartment. The roaches were out of control. And with that infestation comes a health and sanitary issue. I filed many complaints and grievances on this issue (CFR 583.300)